7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Leshadra Rhrontrelle Taylor
*Debtor*

*Bankruptcy Case No.*
15−43005−can7

**State of Kansas Department of Labor**
   Plaintiff(s)

*Adversary Case No.*
15−04164−can

v.

**Leshadra Rhrontrelle Taylor**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: THAT an obligation in the principal amount of $1412 in favor of Plaintiff as Trustee for the Unemployment Trust Fund and against Defendant herein, which the Court notes has been represented to the Court by Plaintiff to have a current balance as of the end of November, 2015, of $1195.27 (consisting of principal in the amount of $661.94, no penalty, and interest in the amount of $533.33) is not dischargeable; and
The Court also grants KDoL judgment against defendant for the costs of this matter in the form of filing fees in the amount of $350.00.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 2/11/16

Court to serve